IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW OUTEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-4166 |
| PRIALEAU, et al., | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this 27th day of November, 2012, upon consideration of the Motion for the Appointment of Counsel (Doc. No. 14) filed by Plaintiff, Andrew Outen, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE