IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW OUTEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-4166 |
| PRIALEAU, et al., | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this 10th day of December, 2012, upon consideration of the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 12) filed by Defendants, Mark Thompson and Carlos Riera, it is hereby **ORDERED** that the Motion is **GRANTED**.

                                                BY THE COURT:

                                                /s/ Robert F. Kelly
                                                ROBERT F. KELLY
                                                SENIOR JUDGE