# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW OUTEN, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 12-4166 |
| PRIALEAU, et al., | |
| Defendants. | |

## O R D E R

**AND NOW**, this 3rd day of May, 2013, it is hereby **ORDERED** that Plaintiff's Complaint (Doc. 7) is *sua sponte* **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief may be granted. Accordingly, all claims against Defendants Darien Prialeau, Larry Barksdale, Annie McCray and Brenda Kennerly are **DISMISSED**. It is **FURTHER ORDERED** that Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 4(m) (Doc. 25) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE